**Marco ORNELAS, also known as Marco Antonio Ornelas Casteneda, also known as Marco Antonio Ornelas, Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 08–60612

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 23, 2009.

Marco Ornelas, Houston, TX, pro se.

Thomas Ward Hussey, Director, Blair T. O'Connor, Joseph D. Hardy, U.S. Department of Justice, Office of Immigration Litigation, Ben Franklin Station, Washington, DC, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Before HIGGINBOTHAM, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM: *

Having conceded that he is removable, Marco Antonio Ornelas, a native and citizen of Mexico, has, *pro se,* filed a petition

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

for review of the Board of Immigration Appeals' (BIA) affirmance of an Immigration Judge's determination that Ornelas is ineligible for cancellation of removal under 8 U.S.C. § 1229b(b)(1)(C). Ornelas has waived any challenge to this determination by failing to address it in his brief. *E.g., Soadjede v. Ashcroft,* 324 F.3d 830, 833 (5th Cir.2003). We lack jurisdiction to consider Ornelas' contention that he is a battered spouse, eligible for relief from removal under 8 U.S.C. § 1229b(b)(2), because he failed to exhaust his administrative remedies by raising this issue before the BIA. *Wang v. Ashcroft,* 260 F.3d 448, 452–53 (5th Cir.2001); *see* 8 U.S.C. § 1252(d)(1).

Accordingly, the petition for review is DENIED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.